SIDNEY CARDONER, an Infant, by ROSE CARDONER, His Guardian ad Litem, Appellant, *v.* ST. GEORGE PAVING CORPORATION, Respondent, Impleaded with Another.

(Submitted November 19, 1934; decided November 27, 1934.)

*Robert G. Sheller* for motion.

*Harry Dimin* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless within ten days appellant pays ten dollars costs and files undertaking, in which event the motion is denied.